IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BRIGGS, | No. C 20-8234 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF PINOLE POLICE DEPARTMENT; OFFICER SHAWN DELGADO; SERGEANT ROGERS; CHIEF OF CITY OF PINOLE POLICE DEPARTMENT; OFFICER DEAN; OLISON; TIARA DAVIS; | (ECF No. 19) |
| Defendant. | |

This is a civil rights action filed under 42 U.S.C. § 1983 by a jail inmate proceeding pro se. On April 2, 2021, the Order of Service was mailed to plaintiff at the address he provided. On April 20, 2021, the postal service returned the notice as undeliverable because plaintiff was not located at the address he provided. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b). Defendants' motion to stay (ECF No. 19) is **DENIED** as unnecessary.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: July 12, 2021.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE